IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JOHNNY KEVIN PACE, as Legal Guardian and Conservator of JOAN PACE,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, LP (DELAWARE), d/b/a WAL-MART,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 3:21-cv-00063-DHB-BKE |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant in the above-styled civil action, by and through their undersigned counsel of record and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-styled civil action <u>with prejudice</u>. The parties further agree and stipulate that they shall be responsible for their own attorneys' fees and costs.

Respectfully submitted this 13th day of June, 2022.

| | |
|---|---|
| **THE KING FIRM** | **DREW, ECKL & FARNHAM, LLP** |
| /s/ J.L. King, II | /s/ Garret W. Meader |
| J.L. King, II | Garret W. Meader |
| Georgia Bar No. 142285 | Georgia Bar No. 142402 |
| The King Firm | 777 Gloucester Street, Suite 305 |
| 1603 N. U.S. Hwy 41 | Brunswick, Georgia 31520 |
| P.O. Box 746 | (912) 280-9662 |
| Tifton, Georgia 31793 | MeaderG@deflaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOHNNY KEVIN PACE, as Legal Guardian and Conservator of JOAN PACE | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 3:21-cv-00063-DHB-BKE |
| WALMART STORES EAST, LP (DELAWARE), d/b/a WAL-MART, | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This 13th day of June, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
777 Gloucester Street, Suite 305
Brunswick, Georgia 31520
(912) 280-9662
MeaderG@deflaw.com
*Attorney for Defendant*