IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JOHNNY KEVIN PACE, as Legal Guardian and Conservator of JOAN PACE, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES EAST, LP (DELAWARE) d/b/a WAL-MART, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * CV 321-063 <br> * <br> * <br> * <br> * |

O R D E R

On February 21, 2022, the parties notified the Court that they had settled this case. Now, Plaintiff and Defendant have filed a "Stipulation of Dismissal," signed by both parties. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE